**LEVENTHAL LAW GROUP, P.C.**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NEW YORK 11201

T (718) 556-9600
F (718) 522-3225

November 16, 2015

**BY ECF**

The Honorable Marilyn D. Go
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Jasper Boyd v. City of New York, et al.*, 14 CV 6922 (ILG) (MDG)

Dear Judge Go:

    I represent the plaintiff in the above referenced civil rights action.  I write jointly with defendants' counsel pursuant to your Honor's October 16, 2015 Order to advise the Court of the status of settlement discussions.

    Plaintiff and defendant Gonzalez are in the final stages of settlement discussions.  If plaintiff and defendant Gonzalez cannot reach a settlement by the end of this week, the parties will be scheduling depositions in an effort to complete discovery by the present deadline.

    Thank you for your consideration.

                                            Respectfully,

                                            s/

                                            Jason Leventhal

cc: Karl Ashanti, Esq., Doug LaBarbera, Esq. (via ECF)