**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 1 1 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

JASPER BOYD,

                                        Plaintiff,

              -against-

CITY OF NEW YORK, WILSON GONZALEZ, Individually, EDWIN NUEZ, Individually, CHAIM GOLDGRAB, Individually, and JOHN AND JANE DOE 1 through 10, Individually, (the names John and Jane Doe being fictitious as the true names are presently unknown),

                                          Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 6922 (ILG)(MDG)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
December 10, 2015

Leventhal Law Group, P.C.
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201

By: _____
Jason Leventhal, Esq.
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Karl J. Ashanti, Esq.
*Senior Counsel*

WORTH, LONGWORTH & LONDON, LLP
*Attorney for Defendant*
*P.O. Wilson Gonzalez*
111 John Street, Suite 640
New York, NY 10038

By: _____ 12/9/15
Douglas LaBarbera, Esq.
*Attorney for Defendant Wilson Gonzalez*

SO ORDERED:

_____
HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE

Dated: 12/11, 2015